IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McClain, Adrian | Case Number: 07 B 17010 |
|---|---|---|
| | McClain, DeBorah L | Judge: Hollis, Pamela S |
| | Printed: 9/9/08 | Filed: 9/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 28, 2008
Confirmed: November 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,487.76 | |
| Secured: | | 11,770.76 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 17.36 |
| Trustee Fee: | | 699.64 |
| Other Funds: | | 0.00 |
| Totals: | 12,487.76 | 12,487.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,500.00 | 17.36 |
| 2. | Wells Fargo Home Mortgage | Secured | 12,019.10 | 9,344.49 |
| 3. | Personal Finance Company | Secured | 156.78 | 40.00 |
| 4. | ACC Consumer Finance | Secured | 19,936.64 | 1,350.57 |
| 5. | American General Finance | Secured | 6,901.10 | 433.79 |
| 6. | R & R Country Motors | Secured | 5,906.57 | 381.91 |
| 7. | Monterey Financial Services | Secured | 3,277.73 | 220.00 |
| 8. | Wells Fargo Home Mortgage | Secured | 9,540.10 | 0.00 |
| 9. | Internal Revenue Service | Priority | 3,679.31 | 0.00 |
| 10. | Illinois Dept of Revenue | Priority | 1,274.08 | 0.00 |
| 11. | Illinois Dept Of Healthcare And Family | Priority | 1,454.85 | 0.00 |
| 12. | Condor Capital Corp | Unsecured | 23,560.07 | 0.00 |
| 13. | T Mobile USA | Unsecured | 510.22 | 0.00 |
| 14. | T Mobile USA | Unsecured | 355.66 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 521.58 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 538.87 | 0.00 |
| 17. | Monterey Financial Services | Unsecured | 9.53 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 1,143.81 | 0.00 |
| 19. | Condor Capital Corp | Unsecured | 22,572.11 | 0.00 |
| 20. | Account Recovery Service | Unsecured | 1,441.64 | 0.00 |
| 21. | Lester Richards | Unsecured | 6,370.27 | 0.00 |
| 22. | Sprint Nextel | Unsecured | 1,956.46 | 0.00 |
| 23. | Internal Revenue Service | Unsecured | 10,925.90 | 0.00 |
| 24. | Illinois Dept of Revenue | Unsecured | 649.32 | 0.00 |
| 25. | Nicor Gas | Unsecured | 513.78 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McClain, Adrian | Case Number: 07 B 17010 |
|---|---|---|
| | McClain, DeBorah L | Judge: Hollis, Pamela S |
| | Printed: 9/9/08 | Filed: 9/18/07 |

| | | | | |
|---|---|---|---:|---:|
| 26. | United States Dept Of Education | Unsecured | 5,949.64 | 0.00 |
| 27. | Personal Finance Company | Unsecured | 3,127.78 | 0.00 |
| 28. | Cook County Treasurer | Secured | | No Claim Filed |
| 29. | American General Finance | Secured | | No Claim Filed |
| 30. | American General Finance | Unsecured | | No Claim Filed |
| 31. | AT&T | Unsecured | | No Claim Filed |
| 32. | Fitness Quest | Unsecured | | No Claim Filed |
| 33. | Bally's Health Club | Unsecured | | No Claim Filed |
| 34. | ACL Laboratories | Unsecured | | No Claim Filed |
| 35. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 36. | Chase | Unsecured | | No Claim Filed |
| 37. | Household Bank FSB | Unsecured | | No Claim Filed |
| 38. | HSBC Auto Finance | Unsecured | | No Claim Filed |
| 39. | SKO Brenner American | Unsecured | | No Claim Filed |
| 40. | Sauk Village Police Dept | Unsecured | | No Claim Filed |
| 41. | South Suburban College | Unsecured | | No Claim Filed |
| 42. | St James Hospital | Unsecured | | No Claim Filed |
| 43. | State Farm Insurance Co | Unsecured | | No Claim Filed |
| 44. | BMG Music Service | Unsecured | | No Claim Filed |

$ 145,792.90       $ 11,788.12

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 550.16 |
| 6.5% | 149.48 |

$ 699.64

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ DMach_____